## KENT *v.* THE CITY OF CHEYENNE.

The failure on the part of a city to exercise judicial power, in the absence of malice and corrupt intention, constitutes no ground of action.

ERROR to the District Court of Laramie County.

On the 23d of February, 1876, the plaintiff in error filed his petition in the district court claiming damages of the defendant in error for knowingly permitting a nuisance to remain in one of its streets, whereby the team of the plaintiff in error became frightened and ran away, injuring themselves, to the damage of the plaintiff in error in the sum of one thousand dollars. The petitioner further alleged that the defendant in error was, at the time of the injury in question, a municipal corporation, that the street containing the nuisance was a public street of the city and under

its control, that the nuisance was known to the city and was calculated to frighten horses.

The defendant in error filed a demurrer to the petition on the ground that it did not state facts sufficient to constitute a cause of action.

The district court sustained the demurrer, and rendered judgment against the plaintiff for costs.

*W. W. Corlett*, for plaintiff in error.

*Thos. J. Street*, for defendant in error.

Judgment of the district court affirmed.

FISHER, C. J., dissenting.